## Exhibit A

Table of Last-Observed Infringements by Defendants of Elegant Angel Inc's Copyright in the Motion Picture "REAL FEMALE ORGASMS 13," Copyright Reg. No. PA0001740861

| Defendant | Internet Protocol Address (IP) | Timestamp (U.S. Eastern Time) | Internet Service Provider (ISP) | Protocol | Hash |
|---|---|---|---|---|---|
| Doe 1 | 107.4.91.220 | 2011-12-08 15:03:01 -0500 | Comcast Cable | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 2 | 107.4.93.1 | 2012-01-07 20:13:55 -0500 | Comcast Cable | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 3 | 108.33.92.172 | 2012-01-04 21:47:52 -0500 | Verizon Internet Services | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 4 | 108.9.106.131 | 2011-12-17 12:41:39 -0500 | Verizon Internet Services | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 5 | 108.9.118.50 | 2011-12-16 00:59:37 -0500 | Verizon Internet Services | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 6 | 108.9.155.171 | 2011-12-29 06:27:47 -0500 | Verizon Internet Services | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 7 | 108.9.201.68 | 2011-12-29 14:36:55 -0500 | Verizon Internet Services | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 8 | 108.9.217.128 | 2012-01-01 16:41:47 -0500 | Verizon Internet Services | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 9 | 108.9.242.198 | 2012-01-09 17:12:19 -0500 | Verizon Internet Services | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 10 | 108.9.252.25 | 2011-12-31 03:12:42 -0500 | Verizon Internet Services | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 11 | 108.9.86.122 | 2011-12-26 21:48:51 -0500 | Verizon Internet Services | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 12 | 173.169.209.175 | 2011-12-11 09:19:26 -0500 | Road Runner | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 13 | 173.170.247.176 | 2012-01-11 10:38:22 -0500 | Road Runner | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 14 | 173.171.145.146 | 2012-01-04 21:23:29 -0500 | Road Runner | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 15 | 173.171.183.137 | 2011-12-21 08:19:33 -0500 | Road Runner | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 16 | 173.171.220.78 | 2012-01-02 18:29:41 -0500 | Road Runner | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 17 | 173.26.56.201 | 2012-01-11 19:00:48 -0500 | MEDIACOM COMMUNICATIONS CORP | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 18 | 173.65.131.83 | 2011-12-30 21:05:01 -0500 | Verizon Internet Services | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 19 | 173.65.215.208 | 2012-01-14 20:57:06 -0500 | Verizon Internet Services | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 20 | 173.78.29.14 | 2012-01-13 18:50:34 -0500 | Verizon Internet Services | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 21 | 173.78.52.206 | 2012-01-04 16:30:35 -0500 | Verizon Internet Services | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 22 | 173.78.62.74 | 2012-01-03 14:45:06 -0500 | Verizon Internet Services | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 23 | 173.78.79.98 | 2012-01-06 18:26:58 -0500 | Verizon Internet Services | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 24 | 174.48.108.152 | 2012-01-07 20:18:32 -0500 | Comcast Cable | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 25 | 174.48.118.46 | 2012-01-05 23:46:04 -0500 | Comcast Cable | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 26 | 174.48.172.200 | 2011-12-08 14:58:12 -0500 | Comcast Cable | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 27 | 174.48.237.47 | 2011-11-26 02:11:38 -0500 | Comcast Cable | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |

| Doe 28 | 174.58.21.200 | 2012-01-13 03:13:37 -0500 | Comcast Cable | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
|---|---|---|---|---|---|
| Doe 29 | 174.58.32.252 | 2012-01-11 18:11:09 -0500 | Comcast Cable | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 30 | 174.61.81.156 | 2012-01-10 17:23:13 -0500 | Comcast Cable | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 31 | 184.90.171.136 | 2012-01-07 18:45:11 -0500 | Road Runner | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 32 | 184.91.104.251 | 2011-12-21 16:17:19 -0500 | Road Runner | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 33 | 184.91.177.241 | 2011-12-11 08:58:16 -0500 | Road Runner | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 34 | 24.127.224.218 | 2012-01-02 02:55:11 -0500 | Comcast Cable | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 35 | 24.127.231.201 | 2011-12-17 20:28:07 -0500 | Comcast Cable | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 36 | 24.127.238.34 | 2012-01-10 20:59:51 -0500 | Comcast Cable | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 37 | 24.129.125.111 | 2012-01-13 12:15:56 -0500 | Comcast Cable | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 38 | 24.129.35.188 | 2012-01-04 05:07:22 -0500 | Comcast Cable | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 39 | 24.26.107.193 | 2012-01-11 16:03:21 -0500 | Road Runner | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 40 | 24.26.53.207 | 2012-01-07 21:57:01 -0500 | Road Runner | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 41 | 24.26.86.14 | 2012-01-05 23:55:54 -0500 | Road Runner | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 42 | 50.128.193.52 | 2012-01-08 17:31:55 -0500 | Comcast Cable | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 43 | 50.128.199.62 | 2012-01-04 20:19:57 -0500 | Comcast Cable | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 44 | 65.34.190.182 | 2012-01-08 06:22:44 -0500 | Comcast Cable | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 45 | 65.34.210.184 | 2011-12-17 14:08:50 -0500 | Comcast Cable | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 46 | 65.50.116.149 | 2012-01-11 12:48:13 -0500 | DirecPath, LLC | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 47 | 66.176.232.6 | 2011-12-28 16:37:50 -0500 | Comcast Cable | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 48 | 66.176.250.105 | 2011-12-14 23:14:47 -0500 | Comcast Cable | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 49 | 66.176.63.137 | 2012-01-09 13:53:20 -0500 | Comcast Cable | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 50 | 66.177.118.6 | 2012-01-02 18:05:18 -0500 | Comcast Cable | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 51 | 66.177.128.44 | 2012-01-06 21:46:15 -0500 | Comcast Cable | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 52 | 66.177.136.65 | 2012-01-08 00:16:07 -0500 | Comcast Cable | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 53 | 66.177.151.123 | 2011-12-24 14:53:59 -0500 | Comcast Cable | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 54 | 66.177.174.72 | 2012-01-13 11:21:42 -0500 | Comcast Cable | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 55 | 66.177.181.176 | 2011-11-18 01:29:18 -0500 | Comcast Cable | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 56 | 66.177.70.3 | 2011-11-18 10:04:12 -0500 | Comcast Cable | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 57 | 66.177.89.73 | 2012-01-14 21:12:55 -0500 | Comcast Cable | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 58 | 66.229.250.19 | 2012-01-06 15:06:52 -0500 | Comcast Cable | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 59 | 66.229.56.177 | 2011-12-09 21:13:50 -0500 | Comcast Cable | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 60 | 66.229.61.153 | 2011-12-21 15:46:24 -0500 | Comcast Cable | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 61 | 66.229.81.87 | 2012-01-05 18:26:56 -0500 | Comcast Cable | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 62 | 67.191.106.196 | 2011-12-08 10:05:44 -0500 | Comcast Cable | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 63 | 67.191.20.169 | 2011-12-06 03:56:57 -0500 | Comcast Cable | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |

| Doe 64 | 67.191.40.92 | 2012-01-10 01:32:50 -0500 | Comcast Cable | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
|---|---|---|---|---|---|
| Doe 65 | 68.202.76.134 | 2011-12-11 19:54:23 -0500 | Road Runner | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 66 | 68.202.84.177 | 2011-12-18 22:13:00 -0500 | Road Runner | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 67 | 68.204.113.66 | 2012-01-10 07:11:00 -0500 | Road Runner | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 68 | 68.204.243.228 | 2012-01-13 02:57:56 -0500 | Road Runner | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 69 | 68.204.78.235 | 2011-12-13 10:00:21 -0500 | Road Runner | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 70 | 68.204.81.234 | 2012-01-08 20:58:08 -0500 | Road Runner | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 71 | 68.54.66.177 | 2011-11-26 14:45:51 -0500 | Comcast Cable | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 72 | 68.54.79.179 | 2011-12-31 19:52:36 -0500 | Comcast Cable | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 73 | 68.56.172.84 | 2011-11-28 08:47:58 -0500 | Comcast Cable | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 74 | 68.56.190.243 | 2012-01-02 13:24:10 -0500 | Comcast Cable | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 75 | 68.56.241.62 | 2011-11-16 14:19:37 -0500 | Comcast Cable | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 76 | 68.56.253.18 | 2011-12-08 21:13:37 -0500 | Comcast Cable | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 77 | 68.56.56.166 | 2012-01-05 21:09:27 -0500 | Comcast Cable | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 78 | 68.56.9.62 | 2011-12-18 09:22:28 -0500 | Comcast Cable | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 79 | 68.59.168.183 | 2011-11-28 21:16:24 -0500 | Comcast Cable | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 80 | 68.62.237.198 | 2011-12-15 03:18:35 -0500 | Comcast Cable | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 81 | 69.136.30.247 | 2012-01-01 17:11:01 -0500 | Comcast Cable | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 82 | 69.180.88.31 | 2012-01-07 23:15:58 -0500 | Comcast Cable | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 83 | 69.244.209.170 | 2012-01-09 17:51:38 -0500 | Comcast Cable | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 84 | 69.247.231.98 | 2012-01-14 17:34:27 -0500 | Comcast Cable | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 85 | 69.247.94.99 | 2011-11-24 21:41:28 -0500 | Comcast Cable | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 86 | 69.254.161.10 | 2011-12-08 21:12:51 -0500 | Comcast Cable | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 87 | 69.254.36.27 | 2011-12-18 21:55:52 -0500 | Comcast Cable | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 88 | 70.119.27.73 | 2011-12-21 10:04:54 -0500 | Road Runner | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 89 | 70.126.108.165 | 2011-12-28 22:06:13 -0500 | Road Runner | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 90 | 70.126.110.243 | 2012-01-15 23:44:25 -0500 | Road Runner | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 91 | 70.126.199.182 | 2011-12-26 22:43:51 -0500 | Road Runner | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 92 | 70.127.238.134 | 2011-12-15 04:04:43 -0500 | Road Runner | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 93 | 70.127.247.164 | 2012-01-14 18:59:30 -0500 | Road Runner | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 94 | 70.127.83.62 | 2012-01-14 00:43:53 -0500 | Road Runner | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 95 | 70.187.55.73 | 2011-12-18 03:00:12 -0500 | COX COMMUNICATIONS | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 96 | 70.187.85.48 | 2011-12-15 22:14:34 -0500 | COX COMMUNICATIONS | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 97 | 71.180.49.245 | 2012-01-13 13:33:05 -0500 | Verizon Internet Services | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 98 | 71.196.113.144 | 2011-12-29 00:59:56 -0500 | Comcast Cable | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 99 | 71.197.43.121 | 2011-11-23 00:59:57 -0500 | Comcast Cable | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |

| Doe 100 | 71.197.46.57 | 2011-11-29 20:34:08 -0500 | Comcast Cable | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
|---|---|---|---|---|---|
| Doe 101 | 71.199.235.116 | 2011-12-15 15:04:58 -0500 | Comcast Cable | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 102 | 71.200.206.103 | 2011-12-22 13:49:22 -0500 | Comcast Cable | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 103 | 71.203.33.121 | 2011-12-26 21:49:23 -0500 | Comcast Cable | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 104 | 71.203.38.87 | 2012-01-14 14:39:45 -0500 | Comcast Cable | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 105 | 71.42.62.115 | 2012-01-07 23:27:36 -0500 | Road Runner | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 106 | 72.184.114.17 | 2012-01-02 21:09:22 -0500 | Road Runner | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 107 | 72.184.124.203 | 2012-01-07 23:07:08 -0500 | Road Runner | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 108 | 72.184.243.191 | 2011-12-12 08:31:32 -0500 | Road Runner | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 109 | 72.184.9.6 | 2012-01-03 07:09:28 -0500 | Road Runner | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 110 | 72.186.73.152 | 2012-01-07 00:59:58 -0500 | Road Runner | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 111 | 72.64.232.115 | 2012-01-07 18:18:16 -0500 | Verizon Internet Services | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 112 | 75.74.123.154 | 2011-11-29 20:21:32 -0500 | Comcast Cable | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 113 | 75.74.218.171 | 2011-12-18 23:31:16 -0500 | Comcast Cable | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 114 | 75.74.42.190 | 2011-12-10 01:11:10 -0500 | Comcast Cable | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 115 | 76.109.170.210 | 2011-11-18 20:51:58 -0500 | Comcast Cable | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 116 | 76.110.206.38 | 2011-11-30 21:03:37 -0500 | Comcast Cable | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 117 | 76.110.34.172 | 2011-11-16 11:30:27 -0500 | Comcast Cable | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 118 | 76.110.60.128 | 2011-12-15 18:42:12 -0500 | Comcast Cable | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 119 | 76.18.22.197 | 2012-01-05 17:14:07 -0500 | Comcast Cable | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 120 | 76.26.182.41 | 2011-12-19 08:58:48 -0500 | Comcast Cable | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 121 | 76.26.191.25 | 2012-01-03 09:05:51 -0500 | Comcast Cable | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 122 | 76.26.253.38 | 2011-12-12 01:49:43 -0500 | Comcast Cable | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 123 | 76.26.28.38 | 2011-12-13 02:19:52 -0500 | Comcast Cable | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 124 | 76.26.30.206 | 2011-11-15 20:19:59 -0500 | Comcast Cable | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 125 | 76.26.50.9 | 2011-12-13 21:02:09 -0500 | Comcast Cable | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 126 | 76.26.53.132 | 2011-11-20 00:27:26 -0500 | Comcast Cable | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 127 | 76.29.137.172 | 2011-12-01 16:11:33 -0500 | Comcast Cable | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 128 | 96.228.142.135 | 2011-12-31 14:19:56 -0500 | Verizon Internet Services | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 129 | 96.243.222.142 | 2012-01-07 21:30:49 -0500 | Verizon Internet Services | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 130 | 96.254.217.219 | 2011-12-30 00:53:58 -0500 | Verizon Internet Services | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 131 | 96.254.42.63 | 2012-01-11 16:21:09 -0500 | Verizon Internet Services | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 132 | 97.100.128.179 | 2012-01-09 13:43:01 -0500 | Road Runner | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 133 | 97.100.163.221 | 2012-01-09 16:15:21 -0500 | Road Runner | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 134 | 97.100.208.233 | 2012-01-11 10:29:39 -0500 | Road Runner | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 135 | 97.103.26.102 | 2012-01-14 14:26:25 -0500 | Road Runner | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |

| Doe 136 | 97.103.38.118 | 2012-01-13 18:24:39 -0500 | Road Runner | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 137 | 97.104.135.17 | 2011-12-29 19:26:12 -0500 | Road Runner | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 138 | 97.96.167.87 | 2012-01-07 20:19:46 -0500 | Road Runner | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 139 | 97.96.38.204 | 2011-12-13 15:11:11 -0500 | Road Runner | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 140 | 97.96.67.9 | 2012-01-12 09:06:30 -0500 | Road Runner | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 141 | 98.162.149.105 | 2012-01-10 15:05:15 -0500 | COX COMMUNICATIONS | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 142 | 98.170.220.117 | 2012-01-01 10:12:51 -0500 | COX COMMUNICATIONS | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 143 | 98.192.142.16 | 2011-11-16 03:06:18 -0500 | Comcast Cable | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 144 | 98.203.103.248 | 2011-11-21 00:59:51 -0500 | Comcast Cable | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 145 | 98.203.23.76 | 2011-11-20 20:38:22 -0500 | Comcast Cable | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 146 | 98.203.97.208 | 2011-11-17 00:59:39 -0500 | Comcast Cable | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 147 | 98.231.10.157 | 2011-11-18 16:07:25 -0500 | Comcast Cable | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 148 | 98.231.15.75 | 2011-12-08 17:10:27 -0500 | Comcast Cable | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 149 | 98.231.30.137 | 2011-12-31 15:38:45 -0500 | Comcast Cable | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 150 | 98.231.61.70 | 2011-11-19 09:15:52 -0500 | Comcast Cable | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 151 | 98.238.17.75 | 2012-01-02 10:52:03 -0500 | Comcast Cable | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 152 | 98.249.138.58 | 2012-01-14 18:14:04 -0500 | Comcast Cable | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 153 | 98.249.154.88 | 2012-01-02 09:54:21 -0500 | Comcast Cable | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 154 | 98.249.156.102 | 2011-12-15 18:42:12 -0500 | Comcast Cable | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 155 | 98.249.175.186 | 2011-11-23 09:20:12 -0500 | Comcast Cable | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 156 | 98.249.229.11 | 2011-12-14 20:18:15 -0500 | Comcast Cable | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 157 | 98.249.230.46 | 2011-11-20 01:21:50 -0500 | Comcast Cable | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 158 | 98.249.250.124 | 2012-01-01 11:49:53 -0500 | Comcast Cable | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 159 | 98.254.81.213 | 2011-12-17 19:06:38 -0500 | Comcast Cable | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |